# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OREN PETERS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA SOCIALWORKERS OF SAN MATEO, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No.  3:21-cv-0388-MMD-CLB<br><br>**ORDER TO PAY FILING FEE OR FILE APLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On August 27, 2021, Plaintiff, submitted a complaint.  (ECF No. 1-1).  Plaintiff has neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

IT IS, THEREFORE, HEREBY ORDERED that Plaintiff shall either pay the filing fee in the amount of $402 or complete the attached application to proceed *in forma pauperis* and file it with the Clerk of Court on or before **Friday, September 24, 2021**. Failure to do so will result in a recommendation to the District Court to dismiss the complaint.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

The Clerk shall SEND to Plaintiff an application to proceed *in forma pauperis* by a non-inmate.

DATED:  September 1, 2021

_____
UNITED STATES MAGISTRATE JUDGE